IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROL ELISE MOTES,

    Petitioner,

vs.                                         CASE NO.: 5:04cv300-SPM/AK

JOSE BARRON, JR.,

    Respondent.

_____/

## ORDER

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8) dated March 30, 2005.  Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus is denied for failure to

exhaust administrative remedies. The denial is without prejudice to Petitioner's opportunity to file a new petition after exhausting her administrative remedies.

DONE AND ORDERED this 20th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge